# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————————

No. 98-2347MN

———————————

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the District |
| v. | * | of Minnesota. |
| | * | |
| Rex Dale Burrow, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

———————————

Submitted: November 27, 1998
Filed: December 4, 1998

———————————

Before FAGG, BEAM, and LOKEN, Circuit Judges.

———————————

PER CURIAM.

Rex Dale Burrow pleaded guilty to being a felon in possession of a firearm. On appeal, Burrow contends the district court improperly rejected his request to withdraw his guilty plea. Having searched the record and considered the parties' submissions, we find no merit in Burrow's contentions. We thus affirm. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.